IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAY GORE | § | |
| | § | |
| v. | § | Civil Action No.: _____ |
| | § | |
| QUALITY CARRIERS, INC., AND | § | Jury Trial Demanded |
| BENNIE ORCUTT | § | |

## NOTICE OF REMOVAL

Defendant, Quality Carriers, Inc., files its Notice of Removal of this dispute to the United States District Court for the Southern District of Texas, Houston Division, and respectfully would show as follows:

### I.  GROUNDS FOR REMOVAL

1. This case is removable to this Court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff is a resident of Liberty County, Texas.

3. Quality Carriers, Inc. is an Illinois corporation.  Bennie Orcutt is a resident of Florida.

4. As described more fully below, Plaintiff seeks to recover an amount in excess of $75,000, excluding interest and costs, from Quality Carriers, Inc. and Orcutt in a state court action.

### II.  PENDING STATE SUIT

5. On May 14, 2015, plaintiff filed a civil action against Quality Carriers, Inc. and Bennie Orcutt in Cause No. 2015-28043; *Ray Gore v. Quality Carriers, Inc. and Bennie Orcutt*; in the 80th Judicial District Court of Harris County, Texas.  This is a personal injury dispute wherein plaintiff alleges severe personal injuries requiring medical treatment.

6. The name and address of the court from which the case is being removed is:

80th Judicial District Court
Harris County Courthouse
201 Caroline, 9th Floor
Houston, Texas 77002

### III.  STATE COURT DOCUMENTS

7. The following documents are attached to this Notice of Removal:

Exhibit "A"   Plaintiff's Original Petition

Exhibit "B"   Citation to Quality Carriers, Inc. and Email String noting agreement of parties on acceptance of service on behalf of Quality Carriers Inc.

Exhibit "C"   Certified copy of the state court Docket Sheet

Exhibit "D"   List of all counsel of record, including addresses, telephone number, and the parties they represent, respectively

### IV.  TIMING OF REMOVAL

8. Quality Carriers, Inc. was served with Plaintiffs' petition on or about May 19, 2015.  This Notice of Removal is being filed within 30 days of service of the petition upon Quality Carriers, Inc. and is timely filed under 28 U.S.C. § 1446(b).

### V.  PLAINTIFF'S PETITION ESTABLISHES DIVERSITY JURISDICTION

9. In plaintiff's original state court petition, he claims severe personal injuries requiring medical treatment.

10. Plaintiff, a resident of Texas, brought suit against Quality Carriers, Inc., an Illinois corporation and Orcutt, an individual residing in Florida, seeking recovery for these alleged personal injuries and damages.

11. As part of his suit, plaintiff correctly establishes the diversity of the parties. Because plaintiff and Quality Carriers, Inc. and plaintiff and Orcutt are citizens of different states

and because plaintiff seek to recover an amount exceeding $75,000 (excluding interest and costs), removal is proper under 28 U.S.C. § 1332(a).

## VI.  CONSENT

12. Bennie Orcutt consents to this removal.

## VII.  VENUE

13. Under 28 U.S.C. § 1441(a), venue for a removed action is proper in this Court as the 80th Judicial District Court of Harris County, Texas, where the state action is pending, is located within this district and division.

## VIII.  NOTICE TO ADVERSE PARTIES AND TO STATE COURT

14. As the removing party, Quality Carriers, Inc. will give plaintiff prompt written notice of this Notice of Removal as required by 28 U.S.C. § 1446(d).

15. Quality Carriers, Inc. will also file a copy of this Notice of Removal with the 80th Judicial District Court of Harris County, Texas, where the state court action is currently pending, as required by 28 U.S.C. § 1446(d).

## IX.  JURY DEMAND

16. A jury was demanded in state court.

## X.  ANSWER

17. Quality Carriers, Inc. has not filed any responsive pleadings in the state court action, except the Notice of Removal as required by the FRCP.  Quality Carriers, Inc. is filing its answer to plaintiff's lawsuit contemporaneously herewith.

## XI.  PRAYER

For these reasons and in conformity with 28 U.S.C. § 1446, Quality Carriers, Inc. respectfully removes the civil action styled Cause No. 2015-28043; *Ray Gore v. Quality*


*Carriers, Inc. and Bennie Orcutt*; in the 80th Judicial District Court of Harris County, Texas. Quality Carriers, Inc. prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

<div style="text-align:right">

Respectfully submitted,

*/s/ Les Pickett*
Les Pickett
  Federal I.D. No. 14306
  State Bar No. 15980520
Ron T. Capehart
  Federal I.D. No. 23850
  State Bar No. 24009939

</div>

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT,**
**QUALITY CARRIERS, INC.**

**CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing has been served upon all counsel of record by the Southern District of Texas e-file system. If counsel is not a registered user of the system, then service will be made by certified mail, return receipt requested. All manner of service will be made on June 3, 2015.

*Via CM/RRR 9171 9690 0935 0056 8025 25*
Julian Fertitta, III
GRIMES & FERTITTA
440 Louisiana, Suite 1818
Houston, Texas 77002

                                          */s/ Les Pickett*
                                          Les Pickett
                                          Ron T. Capehart