United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAY GORE | § | |
| | § | |
| v. | § | Civil Action No.: 4:15-cv-01502 |
| | § | |
| QUALITY CARRIERS, INC., AND | § | Jury Trial Demanded |
| BENNIE ORCUTT | § | |

## ORDER

The Court has reviewed the Parties' Joint Motion to Dismiss with Prejudice. Having done so, the Court finds that the motion should be GRANTED. It is therefore

ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed with prejudice and each party is to bear his, her, its, or their own costs.

Signed on _July 29_, 2016.

UNITED STATES DISTRICT JUDGE